FILED
CLERK, U.S. DISTRICT COURT
JAN - 3 2012
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>*Douglas Omar Hernandez-Martinez*<br>        Defendant. | Case No.: *ED12-0001M*<br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Western__ District of __Texas__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
    - pretrial services report
    - violation petition
    - defendant's non objection

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- violation petition
- pretrial services report
- defendant's nonobjection

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1-3-12

HONORABLE SHERI PYM
United States Magistrate Judge